IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANEL WILLIAMS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | 20-5714 |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on November 12, 2021, upon consideration of Plaintiff Janel Williams's Motion for Summary Judgment (doc. 16), the Commissioner's Response (doc. 17), and Plaintiff's Reply (doc. 18), it is ORDERED:

1. Plaintiff's Motion for Summary Judgment is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE